United States Bankruptcy Court
Eastern District of New York

In re:                                                          Case No. 00-10672-cec
Luz Nereida Nunez                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-1        User: malleyne        Page 1 of 1        Date Rcvd: Feb 25, 2016
                            Form ID: 178          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2016.
db              +Luz Nereida Nunez,    757 4th Avenue,    Apt 1,    Brooklyn, NY 11232-1416
smg             +NYC Department of Finance,    345 Adams Street, 3rd Floor,    Attn: Legal Affairs - Devora Cohn,
                  Brooklyn, NY 11201-3719
smg             +NYS Department of Taxation & Finance,    Bankruptcy Unit,    PO Box 5300,   Albany, NY 12205-0300
smg             +NYS Unemployment Insurance,    Attn: Insolvency Unit,    Bldg. #12, Room 256,
                  Albany, NY 12240-0001
2675697          AMERICAN EXPRESS,    PO BOX FT LAUDERDALE,    33329-7884,    NEW YORK NY 10285-3885
2754438         +Bank of America,    c/o Robert N. Swetnick,    217 Broadway Suite 304,    New York, NY 10007-2955
2675704          MANDEE,    PO BOX CN 1003,    TOTOWA NJ 07511-1003

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion02.br.ecf@usdoj.gov Feb 25 2016 18:14:44
                  Office of the United States Trustee,    Eastern District of NY (Brooklyn Office),
                  U.S. Federal Office Building,    201 Varick Street, Suite 1006,    New York, NY 10014-9449
2675696          EDI: MERRICKBANK.COM Feb 25 2016 18:08:00      ADVANTA BANK CORP,    PO BOX 30715,
                  SALT LAKE CITY UT 84130-0715
2760314         +EDI: BECKLEE.COM Feb 25 2016 18:08:00      American Express Centurion Bank Optima,
                  c/o Becket & Lee,    500 Chester Field Parkway,    PO Box 3001,    Malvern, PA 19355-0701
2675698          EDI: BANKAMER.COM Feb 25 2016 18:08:00      BANK OF AMERICA,    PO BOX 53137,
                  PHOENIX AZ 85072-3137
2675699          EDI: CAPITALONE.COM Feb 25 2016 18:08:00      CAPITAL ONE SERVICES,    PO BOX 85184,
                  RICHMOND VA 23285-5184
2675700          EDI: CHASE.COM Feb 25 2016 18:08:00      CHASE PLATINUM VISA,    PO BOX 15659,
                  WILMINGTON DE 19886-5659
2675701          EDI: CITICORP.COM Feb 25 2016 18:08:00      CITIBANK ADVANTAGE,    PO BOX 8105,
                  S HACKENSACK NJ 07606-8105
2675702          EDI: DISCOVER.COM Feb 25 2016 18:08:00      DISCOVER CARD,    PO BOX 15192,
                  WILMINGTON DE 19886-1020
2675703         +EDI: TSYS2.COM Feb 25 2016 18:08:00      MACYS,    PO BOX 8217,    MASON OHIO 45040-8217
                                                                                             TOTAL: 9

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 25, 2016 at the address(es) listed below:
              Gazes LLC    on behalf of Trustee Ian  Gazes office@gazesllc.com, marie@gazesllc.com
              Ian  Gazes    office@iangazeslaw.com
              Ian  Gazes    on behalf of Trustee Ian  Gazes office@iangazeslaw.com
              Jose Raul Mendez    on behalf of Debtor Luz Nereida Nunez JMendez4@nyc.rr.com,
               wronowskis@yahoo.com;boobito@aol.com;mendezlawfirm@yahoo.com
              Office of the United States Trustee    USTPRegion02.BR.ECF@usdoj.gov
              Robert N Swetnick    on behalf of Creditor   Bank of America rswetnick@evw.com,
               rgross@evw.com;mfrankel@bfklaw.com;slapriore@evw.com;sbermudez@evw.com
              Thomas A Lee, III    on behalf of Creditor   American Express Centurion Bank Optima Card
               Notices@becket-lee.com
                                                                                             TOTAL: 7

# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

| | |
|---|---|
| IN RE: | CASE NO: 1−00−10672−cec |
| Luz Nereida Nunez<br>dba Creation By Luz | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 7 |
| xxx−xx−2114 | |
| DEBTOR(s) | |

## NOTICE OF DISCOVERY OF ASSETS

## NOTICE TO DEBTOR(S), CREDITOR(S) AND INTERESTED PARTIES

**NOTICE IS HEREBY GIVEN THAT:**

It appeared from the schedules filed when the above case was initiated that there were no assets from which dividends could be paid to creditors as indicated on the notice of meeting of creditors.

It now appears that payment of a dividend may be possible. Creditors must now file claims in order to share in any distribution from the estate. Claims must be filed with the Clerk's Office at the location given below:

UNITED STATES BANKRUPTCY COURT
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

**Creditors who have previously filed a claim in this case need not file again. Claims must be filed on or before May 25, 2016** .

A Proof of Claim form, "Official Form 410", can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any Bankruptcy Clerk's Office.

Proofs of claim may be filed over the Internet, on CD−ROM, on diskette or in paper form. To file a proof of claim over the internet, you must be an Electronic Case Filing account holder. If you are not a current account holder and wish to obtain a Limited Access Creditor Password to file claims, please complete the Limited Access Password Application and return it to the address on the bottom of the application form. The application can be accessed on the court's website at http://www.nyeb.uscourts.gov/sites/nyeb/files/limited_access_pwd.pdf.

Dated: February 25, 2016

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLdasPOC12a.jsp** [Discovery of Assets rev. 12/01/15]